UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 5:21-CR-50076 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Maiming<br>(18 U.S.C. §§ 114 and 1153) |
| RANDY LITTLE MOON,<br>Defendant. | Assault Resulting in Serious Bodily Injury<br>(18 U.S.C. §§ 113(a)(6) and 1153) |

The Grand Jury charges:

## COUNT I

On or about April 1, 2020, near Wounded Knee, in Indian country, in the District of South Dakota, the defendant, Randy Little Moon, an Indian person, with intent to torture, maim, and disfigure, did disable a limb or any member of another person, namely, Shalene Little Moon, all in violation of 18 U.S.C. §§ 114 and 1153.

## COUNT II

On or about April 1, 2020, near Wounded Knee, in Indian country, in the District of South Dakota, the defendant, Randy Little Moon, an Indian person, did assault Shalene Little Moon, and said assault resulted in serious bodily injury, all in violation of 18 U.S.C. §§ 113(a)(6) and 1153.

A TRUE BILL:

**NAME REDACTED**
_____
Foreperson

DENNIS R. HOLMES
Acting United States Attorney

By: _____